UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKLIN RAMIREZ NAVARRETE,<br><br>              Plaintiff,<br><br>   v.<br><br>GEO CORP. ET AL.,<br><br>             Defendants. | Case No. C25-5426-LK-SKV<br><br>ORDER TO SHOW CAUSE AND RENOTING MOTION TO EXPEDITE |

On May 27, 2025, Plaintiff filed a Motion to Block Deportation. Dkt. No. 10. Plaintiff mailed his filing, which he dated May 21, 2025. *See id.* at 2. In that motion, Plaintiff stated he would be deported on May 22, 2025, and moved the Court to block his deportation. *See id.* On May 28, 2025, the Court denied Plaintiff's motion. *See* Dkt. 11 at 3. The Court found that Plaintiff appears to have already been deported, rendering his motion moot, and that, even if his claims are not moot, he has not presented viable grounds to block his deportation. *See id.*

On May 30, 2025, the Court received Plaintiff's Motion to Expedite, dated May 23, 2025. *See* Dkt. 12. Plaintiff states that he is "proceeding as a pro se . . . while he is waiting on the court to assign him an attorney[]" and "is asking the court to expedite his case while the defendant is trying to deport him and putting him under pressure by making the Mexican consulate call[] him

on a weekly basis to sign a travel document." Dkt. 12 at 1–2. Plaintiff does not specify whether he is moving the Court to expedite review of his request to block deportation or his claims regarding inadequate medical care. *See* Dkt. 12; Dkt. 1 at 2.

To the extent Plaintiff seeks to expedite a decision on his Motion to Block Deportation at Docket No. 10, the Court has already rendered a decision. *See* Dkt. 11. Although Plaintiff's filing at Docket No. 12 indicates he may not have been deported on May 22, Plaintiff did not advise the Court of a new deportation date, and the Court remains unable to confirm that Plaintiff is in custody. *See* Dkt. 11 at 3.

To the extent Plaintiff seeks to expedite adjudication of his inadequate medical care claims, the Court has not yet screened his Complaint pursuant to 28 U.S.C. § 1915(a). That is the next step in this case. However, if Plaintiff has been deported, his claims are likely moot and would not survive that screening. Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this case should not be dismissed as moot by **June 26, 2025**. In his filing, Plaintiff shall inform the Court whether he remains in the United States and whether he has been notified of a new deportation date. Plaintiff shall further clarify the relief he seeks—specifically, what he asks this Court to expedite—in his motion at Docket No. 12. Failure to timely comply with this Order may result in dismissal of this case. The Motion at Docket No. 12 is RENOTED to **July 3, 2025**.

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Lauren King.

Dated this 5th day of June, 2025.

S. KATE VAUGHAN
United States Magistrate Judge