UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANKLIN RAMIREZ NAVARRETE,

          Petitioner,

   v.

GEO CORP. ET AL.,

          Respondents.

Case No. C25-5426-LK-SKV

ORDER TO SHOW CAUSE, DENYING MOTION TO EXPEDITE, AND GRANTING EXTENSION OF TIME

    Before the Court is Plaintiff's Motion to Expedite. *See* Dkt. 12. On June 5, 2025, the undersigned issued an Order to Show Cause by June 26, 2025, as to why this case should not be dismissed as moot. *See* Dkt. 13 at 2. The Court instructed Plaintiff to inform the Court whether he remains in the United States, whether he has been notified of a new deportation date, and what relief he seeks—specifically, what he asks this Court to expedite—in his motion at Docket No. 12. The Court warned that failure to timely comply with that Order may result in dismissal of this case. *See id.*

    On July 7, 2025, the Court received two filings by Plaintiff. The first, dated June 17, 2025, moves the Court for an extension of time to respond to the Order to Show Cause at Docket No. 13. *See* Dkt. 14 at 2. Plaintiff states he remains detained, is in communication with various

attorneys who may represent him in this matter, and requires additional time to respond to the Court's Order to Show Cause. *See id.* at 1. The second filing, undated but postmarked July 2, 2025, contains two letters in distinct handwriting. *See* Dkt. 15 at 4. The first letter clarifies that Plaintiff seeks a remedy for inadequate medical care at an immigration detention facility and release from detention. *See id.* at 1–2. The second letter informs that Plaintiff changed address "effective immediately" to a residential address in Oregon. *See id.* at 3.

The Court construes Plaintiff's filing at Docket No. 15 as his response to the Order to Show Cause at Docket No. 13. Plaintiff's request for an extension of time until July 17, 2025, at Docket No. 14 is GRANTED and the Court accepts Plaintiff's response at Docket No. 15 as timely. Because Plaintiff has apparently been released and presumably now has access to the medication and medical equipment he sought through this action, his claims appear moot. Accordingly, Plaintiff's Motion to Expedite at Docket No. 12 is DENIED and Plaintiff is ORDERED to show cause as to why this case should not be dismissed as moot by **July 23, 2025**. In his response, Plaintiff shall confirm whether he has been released and, if so, whether he intends to maintain any claims in this action and the grounds for doing so. Absent that information, the undersigned cannot proceed to screen his Complaint pursuant to 28 U.S.C. § 1915(a). Failure to respond may result in dismissal of this action.

Dated this 11th day of July, 2025.

S. KATE VAUGHAN
United States Magistrate Judge