UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKLIN RAMIREZ NAVARRETE,<br><br>                Petitioner,<br><br>   v.<br><br>GEO CORP. ET AL.,<br><br>                Respondent. | Case No. C25-5426-LK-SKV<br><br>REPORT AND RECOMMENDATION |

Petitioner is a noncitizen who was detained at the Northwest Immigration and Customs Enforcement ("ICE") Processing Center in Tacoma, Washington. He filed suit to challenge the conditions of his confinement—specifically, denial of medical care and devices—and moved the Court to block his deportation and expedite his case. *See* Dkt. 1 at 3; Dkt. 10; Dkt. 12. The Honorable Lauren King denied his Motion to Block Deportation, *see* Dkt. 11, and the undersigned denied his Motion to Expedite following receipt of filings by Plaintiff indicating he has been released, *see* Dkt. 16.

On July 11, 2025, the Court ordered Petitioner to show cause as to why this case should not be dismissed as moot by July 23, 2025. The Court further ordered Petitioner to confirm whether he has been released and, if so, whether he intends to maintain any claims in this action

1  and the grounds for doing so.  To date, Petitioner has not responded.  Absent the information

2  requested, the undersigned cannot proceed to screen his Complaint pursuant to 28 U.S.C. §

3  1915(a).  Accordingly, the undersigned RECOMMENDS that this action be DISMISSED

4  without prejudice.

5  Objections to this Report and Recommendation, if any, should be filed with the Clerk and

6  served upon all parties to this suit not later than **fourteen (14) days** from the date on which this

7  Report and Recommendation is signed.  Failure to file objections within the specified time may

8  affect your right to appeal.  Objections should be noted for consideration on the District Judge's

9  motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may

10 be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be

11 ready for consideration by the District Judge on **September 2, 2025**.

12 Dated this 12th day of August, 2025.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2