UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANKLIN RAMIREZ NAVARRETE,<br><br>    Plaintiff,<br><br>v.<br><br>GEO CORPORATION et al.,<br><br>    Defendants. | CASE NO. 3:25-cv-05426-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge S. Kate Vaughan. Dkt. No. 17. Judge Vaughan recommends that this Court dismiss this case for mootness. *Id.* at 2. For the reasons explained below, the Court adopts Judge Vaughan's R&R and dismisses the case without prejudice.

Mr. Ramirez Navarrete is a noncitizen who was detained by immigration authorities on March 18, 2025, and held for an unspecified period at the Northwest Immigration and Customs Enforcement Processing Center in Tacoma, Washington. Dkt. No. 1 at 2. He filed suit to challenge his confinement and his conditions of confinement, and to block his deportation. *See generally id.* This Court denied his Motion to Block Deportation on May 28, 2025, *see* Dkt. No. 11, and on July

11, 2025 Judge Vaughan ordered Mr. Ramirez Navarrete to show cause as to why his case should not be dismissed as moot by July 23, 2025, given the Court's receipt of filings indicating that he had been released from ICE custody. Dkt. No. 16 at 2. Judge Vaughan cautioned Mr. Ramirez Navarrete that "[f]ailure to respond may result in dismissal of this action." *Id.*

The Court generally reviews findings and recommendations "if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Because Mr. Ramirez Navarrete did not file any objections, the Court adopts Judge Vaughan's R&R for the reasons provided therein. Dkt. No. 17. The Court further notes that, after an independent assessment of the facts, it agrees with Judge Vaughan that Mr. Ramirez Navarrete's failure to update the Court on his custodial status or otherwise respond to her July 11 Order merits dismissal of this action.

Accordingly, Mr. Ramirez Navarrete's case is DISMISSED without prejudice. The Clerk is directed to close the case.

Dated this 3rd day of September, 2025.

Lauren King
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE - 2